IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs.<br><br>v.<br><br>ZYDUS NOVELTECH INC.,<br><br>Defendant. | C.A. No. 14-cv-1104-RGA |

ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion,

Defendant's Motion to Dismiss (D.I. 14) is **GRANTED.**

IT IS SO ORDERED this 7 day of August 2015.

*/s/ Richard G. Andrews*
United States District Judge